No. 884. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, PETITIONER, *v.* MARK B. HAMBLE.

April 25, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert Dunlap, Mr. T. J. Norton, Mr. Edward W. Camp* and *Mr. Gardiner Lathrop* for the petitioner. *Mr. Paul Sleman* for the respondent.

